UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61620-CIV-DIMITROULEAS

JOANNE ELIZABETH VENA,

    Plaintiff,

vs.

FRASER YACHTS, BELLA MARINE
VENTURES, M/Y KEIKI KAI,

    Defendants.
_____/

## ORDER REFERRING CASE TO VOLUNTEER ATTORNEY PROGRAM

THIS CAUSE is before the Court on *pro se* Plaintiff Joanne Elizabeth Vena's Motion for Referral to a Volunteer Lawyer, received by the Court on October 30, 2020. [DE 6]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff Joanne Elizabeth Vena's Motion for Referral to Volunteer Attorney Program [DE 6] is **GRANTED IN PART** as follows:

    a. This matter is referred to the Court's Volunteer Attorney Program, where a volunteer attorney may accept the representation on a *pro bono* basis if so desired; it is

    b. **FURTHER ORDERED** that the Clerk of Court will obtain a description of the case and contact information to post on the Court's website of available *pro bono* cases seeking volunteer lawyers; it is

      c. **FURTHER ORDERED** that if the representation is accepted, the volunteer attorney shall enter an appearance in the case and thereafter will be eligible for reimbursement of reasonable litigation expenses pursuant to the Court's Reimbursement Guidelines for Volunteer Counsel.

      d. **FURTHER ORDERED** that if no counsel of record appears on behalf of Plaintiff, Plaintiff shall continue to represent herself *pro se.*

2. The Clerk is **DIRECTED** to mail a copy of this Order to Plaintiff at the address below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd of November, 2020.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Joanne Elizabeth Vena, Pro Se

2017PMB177, PO Box 1133

Richmond, VA 23218