FILED BY _____ D.C.

MAY 13 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

<u>UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA</u>

Joanne Elizabeth Vena (J.E.), Plaintiff,

VS.                                              Case No. 20-61620-CIV-DIMITROULEAS

Fraser Yachts, Bella Marine Ventures, M/Y Keiki Kai, Defendant(s)

Communication Regarding Order of Dismissal without Prejudice for Lack of Prosecution

The above referenced Order was downloaded from Pacer for the Plaintiff. The hard copy that was mailed has not been received yet. The Plaintiff will re-file as soon as possible.

Dated: May 3, 2021                        Respectfully Submitted,

*[signature]*

Joanne Elizabeth Vena - J.E.
1445 Woodmont Ln NW #3505
Atlanta, GA  30318

4469327c885
J. E.
1445 Woodmont Ln NW
#3505
30318, Atlanta



PRESORTED
FIRST-CLASS MAIL
POSTAGE AND FEES PAID
C2M LLC
22202

**USPS CERTIFIED MAIL™**

9207 1901 3247 3400 1408 3855 75

1************************SNGLP 480
United States District Court
Southern District of Florida
Attention Intake For Docketing
400 N Miami Ave RM 8N09
Miami, FL 33128-1805

**SIGNATURE REQUIRED PER DMM 3.1.1**

