FILED BY _____ D.C.

MAY 13 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

<u>UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA</u>

Joanne Elizabeth Vena (J.E.), Plaintiff,

                                                 vs.     Case No. 20-61620-CIV-DIMITROULEAS

Fraser Yachts, Bella Marine Ventures, M/Y Keiki Kai, Defendant(s)


Communication with Court Regarding Receipt of Mail

and

Notice of Change of Address


The ACP (Address Confidentiality Program) has mailed an envelope of letters to the Plaintiff on Friday April 23, 2021 via certified mail. It has not been received by the Plaintiff as of the date of this writing May 3, 2021.

The Plaintiff secured what is known as an online mailbox for the sole purpose of receiving mail regarding this case. The cost is a burden. An online virtual mailbox keeps her physical address secure and facilitates quicker receipt of mail. Mail items are scanned in as PDF's for electronic viewing, and forwarding of physical mail is not required.

Plaintiff submits this Notice of Change of Address for transmission of all documents in the above-captioned case. All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the following address:

J.E.
1445 Woodmont Ln NW #3505
Atlanta, GA 30318


Dated: May 3, 2021                                                   Respectfully Submitted,

                                                                                                                                 *[signature]*

                                                                        Joanne Elizabeth Vena - J.E.
                                                                        1445 Woodmont Ln NW #3505
                                                                        Atlanta, GA 30318

4469327-SRP
J. E.
1445 Woodmont Ln NW
#3505
30318, Atlanta

PRESORTED
FIRST-CLASS MAIL
POSTAGE AND FEES PAID
C2M LLC
22202

**USPS CERTIFIED MAIL™**

9207 1901 3247 3400 1408 3855 75

**SIGNATURE REQUIRED PER DMM 3.1.1**

1************************SNGLP 480
United States District Court
Southern District of Florida
Attention Intake For Docketing
400 N Miami Ave RM 8N09
Miami, FL 33128-1805

